IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| Plaintiff, | ) ) | (1:08-CR-00012 LJO) |
| v. | ) ) | ORDER STAYING MAGISTRATE'S ORDER RELEASING DEFENDANTS ON BOND PENDING HEARING ON THE GOVERNMENT'S MOTION FOR REVOCATION HEARING |
| CRUZ MARTINEZ-BALTIER, | ) ) | |
| Defendant. | ) ) ) | |

Upon application of the United States Government for stay of the order of the magistrate setting conditions of release for the above-named defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such orders. THIS IS CONDITIONED UPON THE GOVERNMENT'S HAVING FILED THE MOTION IN THE EASTERN DISTRICT OF WASHINGTON AND OBTAINING THE FIRST POSSIBLE DATE ON THEIR CALENDAR FOR THE HEARING OF THE MOTION.

IT IS SO ORDERED.

**Dated:   January 10, 2008**               /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1