IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | (1:08-CR-00012 LJO) |
| v. | |
| CRUZ MARTINEZ-BALTIER, | ORDER VACATING ORDER STAYING MAGISTRATE JUDGE'S ORDER RELEASING DEFENDANT ON BOND |
| Defendant. | |

Upon the current motion of the United States Government to vacate the order staying the magistrate judge's order  setting conditions of release for the above-named defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT the order granting the aforementioned stay is vacated.  At the time the order was issued, both the AUSA in the Eastern District of California and this Court were unaware of the fact that a District Judge in the Eastern District of Washington had been contacted and had denied the same request.  The order which is now vacated had as its intent to stay the release until the Government had a reasonable opportunity to request such a stay and hearing in the Eastern District of Washington.  In that this was accomplished before the order was signed here, the order is moot, and the decision by the Eastern District of Washington to deny the stay is the final order in that regard.

IT IS SO ORDERED.

**Dated:    January 10, 2008**            /s/ Lawrence J. O'Neill
                                                               UNITED STATES DISTRICT JUDGE

1